# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

DS-CONCEPT TRADE INVEST, LLC
                Plaintiff (s),

V.

GOURMET FOOD IMPORTS, LLC, and
GORMET FOOD IMPORTS, LTD
                Defendant (s),

**ORDER
CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:16-CV-00466-YGR

Notice is hereby given that, subject to approval by the court, __GORMET FOOD IMPORTS, LTD__ substitutes
(Party (s) Name)

__J. EDWARD BROOKS__, State Bar No. __247767__ as counsel of record in place
(Name of New Attorney)

place of __TIMOTHY C. WILLIAMS__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:         GAVRILOV & BROOKS
    Address:            2315 Capitol Avenue, Sacramento, CA 95816
    Telephone:        (916) 504-0529           Facsimile (916) 473-5870
    E-Mail (Optional):  ebrooks@gavrilovlaw.com

I consent to the above substitution.
Date: 2-16-2016

TIM JIKOVSKI
(Signature of Party (s))

I consent to being substituted.
Date: 2-16-2016

TIMOTHY C. WILLIAMS
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2-19-2016

J. E. R
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: March 16, 2016

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]