AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

DS-CONCEPT TRADE INVEST, LLC
                Plaintiff (s),

V.

GOURMET FOOD IMPORTS, LLC, and
GORMET FOOD IMPORTS, LTD
                Defendant (s),

**ORDER
CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __4:16-CV-00466-YGR__

Notice is hereby given that, subject to approval by the court, __GOURMET FOOD IMPORTS, LLC__ substitutes
(Party (s) Name)

__J. EDWARD BROOKS__, State Bar No. __247767__ as counsel of record in place
(Name of New Attorney)

place of __TIMOTHY C. WILLIAMS__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     **GAVRILOV & BROOKS**
    Address:     2315 Capitol Avenue, Sacramento, CA 95816
    Telephone:     (916) 504-0529      Facsimile (916) 473-5870
    E-Mail (Optional):     ebrooks@gavrilovlaw.com

I consent to the above substitution.
Date: __2-12-2016__

TIM JIKOVSKI
(Signature of Party (s))

I consent to being substituted.
Date: __2-16-206__

TIMOTHY C. WILLIAMS
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: __2-19-2016__

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __March 16, 2016__      _____
                                                 Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]