UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DS-CONCEPT TRADE INVEST, LLC,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**GOURMET FOOD IMPORTS, LLC,** *et al.***,**<br><br>　　　　Defendants. | Case No.: 16-cv-00466 YGR<br><br>**ORDER CONTINUING COMPLIANCE HEARING** |

In light of the parties' joint stipulation to stay proceedings (Dkt. No. 37), the Compliance Hearing currently set for April 22, 2016 is **CONTINUED** to **Friday, May 20, 2016**, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

No later than May 13, 2016, the parties shall file either: (a) a JOINT status update regarding the actions pending in the District Court of New Jersey and California Superior Court, including any schedule set in the New Jersey action; or (b) a one-page JOINT statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: April 20, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**