# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DS-CONCEPT TRADE INVEST, LLC,** Plaintiff, vs. **GOURMET FOOD IMPORTS, LLC, ET AL.,** Defendants. | CASE NO. 16-cv-00466-YGR <br><br> **ORDER TO SHOW CAUSE RE: MONETARY SANCTIONS FOR FAILURE TO RESPOND TO COMPLIANCE SETTING; VACATING COMPLIANCE HEARING** |

**TO THE PLAINTIFF DS-CONCEPT TRADE INVEST, LLC, DEFENDANTS GOURMET FOOD IMPORTS, LLC, ET AL, AND THEIR COUNSEL OF RECORD:**

You are **HEREBY ORDERED TO SHOW CAUSE** why each party should not be sanctioned in the amount of $200 for failure to comply with this Court's Order Setting Compliance Hearing, issued on July 13, 2018 (Dkt. No. 59) and Notice Continuing the Compliance Hearing, issued on December 18, 2018 (Dkt. No. 66).

A hearing on this Order to Show Cause will be held on **Friday, January 25, 2019**, on the Court's 9:01 a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. By no later than **Friday, January 18, 2019**, the parties must file a single joint written response to this Order to Show Cause.

If the Court is satisfied with the parties' response, the hearing may be taken off calendar and the parties need not appear. Otherwise, lead trial counsel must personally appear at the hearing. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a joint statement, written response, or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The compliance hearing currently set for Friday, January 11, 2019 is **VACATED**.

**IT IS SO ORDERED.**

Dated: January 8, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**